## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Angel Coe**
(Please print)

STREET ADDRESS: **P.O. Box 2142**

CITY/STATE/ZIP: **Joliet, Il. 60434**

PHONE NUMBER: **(630) 618-6775**

CASE NUMBER: **08CV3066**
**JUDGE KENDALL**
**MAGISTRATE JUDGE BROWN**

_Angel Coe_ / Signature

_May 28 2008_ / Date

FILED
MAY 2 8 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)