# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3066 | **DATE** | 6/5/2008 |
| **CASE TITLE** | OLDEN-COE vs. TACO BELL CORP et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motions to proceed in forma pauperis [4] and for appointment of counsel [5] are granted. Mr. Mark Burden, Donohue Brown, 140 S. Dearborn St., Suite 700, Chicago, IL, 60603, 312-422-0900 is appointed as counsel for plaintiff. Mr. Burden is directed to contact plaintiff forthwith. Initial status hearing is set for July 9, 2008 at 9:00 am. The parties are directed to file a joint status report by July 7, 2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|

Case 1:08-cv-03066   Document 7   Filed 06/05/2008   Page 1 of 1

08C3066 OLDEN-COE vs. TACO BELL CORP et al   Page 1 of 1