**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number:    08 CV 3066

ANGEL S. OLDEN COE, Plaintiff vs.

TACO BELL CORP., MARY BEYER, and JACQUES T., Defendants.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

TACO BELL CORP., MARY BEYER and JACQUES T.

| | |
|---|---|
| NAME (Type or print) <br> Julie O'Donnell Allen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Julie O'Donnell Allen | |
| FIRM <br> SIDLEY AUSTIN LLP | |
| STREET ADDRESS <br> One South Dearborn Street | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6189831 | TELEPHONE NUMBER <br> 312-853-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL               APPOINTED COUNSEL | |