UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Angel S. Olden−Coe

                        Plaintiff,

v.                                                  Case No.: 1:08−cv−03066
                                                         Honorable Virginia M. Kendall

Taco Bell Corp., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 9/23/2008 at 09:00 AM. Defendants are given to 7/23/2008 to answer or otherwise plead. Plaintiff is given to 8/6/2008 to file a response to the individual defendants' motion to dismiss. Reply is due by 8/13/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.