# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Olden-Coe | 08C3066  08cv3066 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Taco Bell Corp, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Taco Bell Corp.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

996 Brookforest Ave., Shorewood, IL 60431

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark McKeon Burden
Donohue, Brown, Mathewson & Smyth
140 S. Dearborn Street, Suite 700
Chicago, IL 60603

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Jul 14, 2008
JUL 14 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER | DATE: 06-11-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 of 3 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk: TD | Date: 06-11-08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Neil Depasquale, General Store Manager

Address (complete only if different than shown above):
996 Brook Forest Ave
Shorewood, IL

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/26/08 | Time: 4:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 144.00 | 43.17 | 0 | 187.17 | 0 | 187.17 | 0 |

REMARKS:
6/26/08 4:15pm Neil Depasquale (General Manager)
89 miles Roundtrip, 1 DUSM, 3 hours