IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL S. OLDEN-COE | ) | |
| P.O. Box 2142 | ) | |
| Joliet, Illinois 60434 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3066 |
| | ) | Judge Kendall |
| vs. | ) | Magistrate Judge Brown |
| | ) | |
| TACO BELL CORP., MARY BEYER, | ) | |
| and JACQUES T. , | ) | |
| | ) | |

## NOTICE OF MOTION

To:   Mark Burden
    Donohue, Brown, Mathewson & Smyth
    140 S. Dearborn Street, Suite 700
    Chicago, IL 60603

      **PLEASE TAKE NOTICE** that on Tuesday, July 22, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Virginia Kendall, or any judge sitting in her stead, in courtroom 2319, 219 S. Dearborn Street, Chicago Illinois and present the attached Agreed Motion for an Extension of Time to File an Answer or Otherwise Responsive Pleadings in the above-captioned matter, a copy of which is hereby served upon you.

Dated:  July 17, 2008

                                                                                */s/Julie O. Allen*_____
                                                                               One of Defendant's Attorneys

Julie O'Donnell Allen
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

CH1 4343319v.1

## CERTIFICATE OF SERVICE

  Julie Allen, an attorney, hereby certifies that on July 17, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

  Mark Burden
  Donohue, Brown, Mathewson & Smyth
  140 South Dearborn Street, Suite 700
  Chicago, Illinois  60603

                      */s/ Julie O. Allen*

3