IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL S. OLDEN-COE<br>P.O. Box 2142<br>Joliet, Illinois 60434<br><br>    Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., MARY BEYER,<br>and JACQUES T.,<br><br>    Defendants. | Case No. 08 CV 3066<br>Judge Kendall<br>Magistrate Judge Brown |

### AGREED MOTION FOR AN EXTENSION OF TIME
### TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Defendants Taco Bell Corp, Mary Beyer and Jacques T., by their attorneys, respectfully request that the Court extend the time within which each Defendant must file its answer or other responsive pleading in the above-captioned case by three weeks. In support of this Motion, Defendants state as follows:

1. On July 18, 2008, this Court extended the time for Defendants to answer or other plead to August 13, 2008. This extension was premised on Plaintiff's Counsel's stated intention to file an amended complaint. The extension would thereby avoid Defendants' unnecessarily answering the current complaint.

2. As of today, August 8, 2008, Plaintiff has not yet filed her amended complaint. However, Counsel for Plaintiff has told Defendants' Counsel that he intends to file an amended complaint next week.

3.  Lead Counsel for the Defendants will be out of the country on vacation August 5, returning to the office August 18, 2008.

4.  A Taco Bell representative who will be working with Defendants' Counsel to prepare each answer or other responsive pleading will be on vacation through the end of August.

5.  Presumably Plaintiff will file an amended complaint prior to August 13 and Defendants will have 10 days to answer that amended complaint. However, in light of Counsel's vacation, the Taco Bell representative's vacation, and the possibility that no such amended complaint will be filed, Defendants request that the time to answer the current complaint be extended to September 5, 2008.

6.  This is Defendants second request for an extension of time to file its answer or other responsive pleading in this matter. However, this request still should not unduly delay the proceedings or prejudice any party. To the contrary, it should and is intended only to avoid Defendants needing to file unnecessary motions to dismiss, Plaintiff needing to respond thereto and the Court having to rule on such motions. Counsel for Plaintiff agrees to Defendants' request herein.

WHEREFORE, Defendants Taco Bell Corp, Mary Beyer and Jacques T. respectfully request that this Court grant this Motion and extend the time within which each must file its answer or other responsive pleading by three weeks, to and including September 5, 2008.

Respectfully submitted,

TACO BELL CORP, MARY BEYER, and JACQUES T.

By:       */s/Allison L. Miller*
           One of Their Attorneys

Julie O'Donnell Allen
Allison L. Miller
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

Allison L. Miller, an attorney, hereby certifies that on August 8, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

Mark Burden
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, Illinois  60603

/s/ *Allison L. Miller*