IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL S. OLDEN-COE<br>P.O. Box 2142<br>Joliet, Illinois 60434<br><br>      Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., MARY BEYER,<br>and JACQUES T.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08 CV 3066<br>)  Judge Kendall<br>)  Magistrate Judge Brown<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   Mark Burden
      Donohue, Brown, Matthewson & Smyth
      140 South Dearborn Street, Suite 700
      Chicago, IL 60603

PLEASE TAKE NOTICE that on **Tuesday August 19, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for Defendants shall appear before the Honorable Presiding Judge Virgina Kendall in the courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Agreed Motion for an Extension of Time to File an Answer or Other Responsive Pleading.**

                                    Respectfully submitted,

                                    TACO BELL CORP, MARY BEYER, and
                                    JACQUES T.

        By:       */s/Allison L. Miller*
                             One of Their Attorneys

Julie O'Donnell Allen
Allison L. Miller
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

Allison L. Miller, an attorney, hereby certifies that on August 8, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

Mark Burden
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, Illinois  60603

/s/ *Allison L. Miller*